IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE MARTINEZ, | : | CIVIL NO. 3:13-CV-1475 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 31st day of March 2015, upon consideration of defendant's motion (Doc. 27) to dismiss and for summary judgment, it is hereby ORDERED that:

1. The motion (Doc. 27) is DENIED.

2. Defendant shall file a responsive pleading within the manner set forth in the Federal Rules.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court